# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2006

129384(164)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ASSOCIATED BUILDERS AND
CONTRACTORS, SAGINAW
VALLEY AREA CHAPTER,
　　　　　Plaintiff-Appellant,

v

DIRECTOR, DEPARTMENT OF
CONSUMER & INDUSTRY SERVICES,
and MIDLAND COUNTY PROSECUTOR,
　　　　　Defendants-Appellees,

and

NATIONAL ELECTRICAL CONTRACTORS
ASSOCIATION, MICHIGAN CHAPTER,
MICHIGAN MECHANICAL CONTRACTORS
ASSOCIATION, MICHIGAN CHAPTER OF
SHEET METAL & AIR CONDITIONING
CONTRACTORS, and MICHIGAN STATE
BUILDING & CONSTRUCTION TRADES
COUNCIL,
　　　　　Defendants/Intervenors-
　　　　　Appellees,

and

SAGINAW COUNTY PROSECUTOR,
　　　　　Intervenor-Appellee.
_____/

SC: 129384
COA: 234037
Midland CC: 00-002512-CL

On order of the Court, the motion for reconsideration of this Court's order of February 27, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

d0522